# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                    Bankruptcy No. 15-14772-MDC

SEAN BRESLIN

8426 JACKSON STREET

PHILADELPHIA, PA 19136-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SEAN BRESLIN

8426 JACKSON STREET

PHILADELPHIA, PA 19136-

Counsel for debtor(s), by electronic notice only.

ERIK B JENSEN, P.C.
1528 WALNUT ST
SUITE 1401
PHILA, PA 19102-

Date: 11/1/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee