**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| Sean Breslin | : CHAPTER 13 |
|     Debtor | : |
| | : |
| M&T Bank | : |
|     Movant | : BANKRUPTCY NO.: 15-14772-MDC |
| | : |
|     v. | : |
| Sean Breslin | : |
|     Debtor | : |
| | : |
| William C. Miller, Trustee | : |
|     Additional Respondent. | : |

**DEBTOR'S OBJECTION TO MOVANT'S MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY UNDER § 362(d)**

Debtors, by his attorney, Erik B. Jensen, Esq. by way of answer to Movant's motion, respectfully represent that:

1.- 7.    Admitted.

8-12.    Denied. Movant states a conclusion of law to which no response is required.

13-14.    Denied. Movant has no cause for such requests.

WHEREFORE, Debtor prays that Movant's request be denied.

Date: 11/25/16        Respectfully submitted.

                              /S/ Erik B. Jensen
                              Erik B. Jensen, Esq.