*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sean Breslin
    Debtor(s)

Case No: 15–14772–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RE–SCHEDULED\*
Motion to Modify Plan Post Confirmation Filed by Sean Breslin Represented by ERIK B. JENSEN

    on: 2/2/17

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/20/17

Timothy B. McGrath
Clerk of Court

53 – 51
Form 167