United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-14772-mdc
Sean Breslin                                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Eileen              Page 1 of 2              Date Rcvd: Jan 20, 2017
                               Form ID: 167              Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2017.
db          +Sean Breslin,    8426 Jackson Street,    Philadelphia, PA 19136-2428
cr          +M&T BANK,    Stern & Eisenberg,    1581 Main Street,    Suite 200,    Warrington, PA 18976-3400
13645634     American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
              Los Angeles, CA 90051-5478
13557995     Aria Health,    PO BOX 8500-6395,    Philadelphia, PA 19178-6395
13557996    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    PO Box 20363,
              Kansas City, MO 64195)
13557997    +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
13557998    +Friends Hospital,    4641 Roosevelt Blvd,    Philadelphia, PA 19124-2398
13839974    +M&T Bank,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
              Phila., PA 19106-1541
13639923    +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13558000     Philadelphia Co Drs,    Domestic Relations Section,    Philadelphia, PA 19107
13565655    +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
13558001    +Pnc Bank,    PO Box 5570,    Cleveland, OH 44101-0570
13558003    +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd MS: RJW-135,
              Warwick, RI 02886-1321
13558005    +Verizon,    500 Technology Dr,    Ste 550,    Weldon Spring, MO 63304-2225
13558004    +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13817950    +William E. Miller Esquire,    Stern & Eisenberg PC,    1581 Main Street Ste 200,
              The Shops at Valley Square,    Warrington Pa 18976-3400
13586976     eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
              New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13557994    +E-mail/Text: EBNProcessing@afni.com Jan 21 2017 01:59:33      Afni, Inc.,    Po Box 3097,
              Bloomington, IL 61702-3097
13604975     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 21 2017 01:58:15
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK 73124-8838
13652311     E-mail/Text: bankruptcy@phila.gov Jan 21 2017 01:59:49      City of Philadelphia,
              Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA 19102-1595
13598176    +E-mail/Text: bankruptcy@cavps.com Jan 21 2017 01:59:37      Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13557999     E-mail/Text: camanagement@mtb.com Jan 21 2017 01:58:47      M & T Bank,    Attn: Bankruptcy,
              1100 Wehrle Dr 2nd Floor,    Williamsville, NY 14221
13569920     E-mail/Text: camanagement@mtb.com Jan 21 2017 01:58:47      M&T BANK,    PO BOX 1288,
              Buffalo, NY 14240
13558002     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 21 2017 02:34:47
              Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA 23541
13617799     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 21 2017 02:35:03
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Eileen              Page 2 of 2            Date Rcvd: Jan 20, 2017
                              Form ID: 167              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Debtor Sean  Breslin john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor   M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sean Breslin
    Debtor(s)                              Case No: 15−14772−mdc
                                                    Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RE−SCHEDULED\*
Motion to Modify Plan Post Confirmation Filed by Sean Breslin Represented by ERIK B. JENSEN

    on: 2/2/17

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

                                                      For The Court

Date: 1/20/17

                                                      Timothy B. McGrath
                                                      Clerk of Court

53 − 51
Form 167