**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| Sean Breslin | : | |
| Debtor | : | BANKRUPTCY NO.: 15-14772-MDC |

**O R D E R**

**AND NOW,** this _____ day of _____ 2017, upon consideration of the Debtor's Motion to Modify Plan Post Confirmation, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the confirmed Chapter 13 Plan of debtor is hereby modified as set forth in the attached Plan, and such Modified Plan is hereby confirmed.

BY THE COURT:

_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:

William C. Miller
PO Box 1799
Memphis, TN 38101-0680

Erik B. Jensen, Esquire
1528 Walnut Street
Suite 1401
Philadelphia, PA 19102

U.S Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19106