United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                         Case No. 15-14772-mdc
Sean Breslin                                                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John           Page 1 of 1           Date Rcvd: Mar 24, 2017
                       Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.
db          +Sean Breslin,    8426 Jackson Street,    Philadelphia, PA 19136-2428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 25 2017 02:12:30      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     ERIK B. JENSEN    on behalf of Debtor Sean  Breslin john@erikjensenlaw.com,
      regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
     WILLIAM EDWARD MILLER    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
      bkecf@sterneisenberg.com
                                                                                                                                                                  TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Sean Breslin, | : | |
|         Debtor. | : | Bankruptcy No. 15-14772-MDC |

# O R D E R

**AND NOW, WHEREAS**, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses (the "Supplemental Application")[1] filed by the Erik B. Jensen (the "Applicant"), counsel to the Debtor, in which the Applicant requests the allowance of compensation in the amount of $4,200.00 and the reimbursement of expenses in the amount of $0.00.

**AND**, the Applicant having been paid $1,445.00 by the Debtor prior to the filing of the petition (the "Pre-Paid Amount").

**AND**, the Applicant having filed an initial Application for Compensation and Reimbursement of Expenses (the "Initial Application")[2] in which the Applicant requested the allowance of compensation in the amount of $3,000.00 and the reimbursement of expenses in the amount of $0.00.

**AND**, this Court, having granted the Initial Application.[3]

**AND**, upon the Applicant's certification that proper service of the Supplemental Application has been made on all interested parties.

**AND**, upon the Applicant's certification of no response.

**AND**, the Court of Appeals having held that the bankruptcy court "has a duty to review fee applications, notwithstanding the absence of objections by the United States Trustee . . ., creditors, or any other interested party, a duty which . . . derives from the court's inherent obligation to monitor the

---

[1] Bankr. Docket No. 63.

[2] Bankr. Docket No. 24.

[3] Bankr. Docket No. 36.

debtor's estate and to serve the public interest," *In re Busy Beaver Bldg. Centers, Inc.*, 19 F.3d 833, 841 (3d Cir. 1994) (emphasis in original).

**AND**, the Court of Appeals also having instructed that the bankruptcy courts should not "become enmeshed in a meticulous analysis of every detailed facet of the professional representation [to the point] that the inquiry into the adequacy of the fee assume[s] massive proportions, perhaps even dwarfing the case in chief."

**AND**, this Court finding that the Applicant's Disclosure of Compensation Pursuant to F.R.B.P. 2016(b) ("the 2016(b) Statement") states that the Applicant agreed to "render legal services for all aspects of the bankruptcy case" in exchange for a flat fee of $3,000.00. See Rule 2016(b) Statement, Paragraph 5(a)-(c).

It is hereby **ORDERED** that the Supplemental Application is **DENIED**.

Dated: March 24, 2017

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Erik B. Jensen, Esquire
1528 Walnut Street, Suite 1401
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107