UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Sean Breslin

Debtor(s).

13

Bky No. 15-14772

## ORDER

AND NOW, this 27th day of April 2017, upon consideration of **COUNSEL'S MOTION TO RECONSIDER DENIAL OF SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN** submitted by Erik B. Jensen P.C., counsel for debtor(s) and after notice it is hereby

ORDERED that the Motion is GRANTED and counsel fees in the amount $1,200 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Hon. Magdeline D. Coleman
**U.S. BANKRUPTCY JUDGE**

CC:    Law Offices of Erik B. Jensen, P.C.
ERIK B. JENSEN, ESQUIRE
1528 Walnut Street
Suite 1401
Philadelphia, PA  19102

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

Sean Breslin
8426 Jackson Street
Philadelphia, PA 19136