United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 15-14772-mdc
Sean Breslin                                                                   Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR          Page 1 of 1          Date Rcvd: May 02, 2017
                         Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
db             +Sean Breslin,    8426 Jackson Street,    Philadelphia, PA 19136-2428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2017 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     ERIK B. JENSEN    on behalf of Debtor Sean  Breslin john@erikjensenlaw.com,
      regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
     WILLIAM EDWARD MILLER    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
      bkecf@sterneisenberg.com
                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Sean Breslin

Debtor(s).

13

Bky No. 15-14772

### ORDER

AND NOW, this 27th day of April 2017, upon consideration of **COUNSEL'S MOTION TO RECONSIDER DENIAL OF SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN** submitted by Erik B. Jensen P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that the Motion is **GRANTED** and counsel fees in the amount $1,200 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

Hon. Magdeline D. Coleman
**U.S. BANKRUPTCY JUDGE**

CC:    Law Offices of Erik B. Jensen, P.C.
ERIK B. JENSEN, ESQUIRE
1528 Walnut Street
Suite 1401
Philadelphia, PA  19102

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

Sean Breslin
8426 Jackson Street
Philadelphia, PA 19136