# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                         :  CHAPTER 13
Sean Breslin                                  :
   Debtor                              :  BANKRUPTCY NO.:  15-14772-mdc

## OBJECTION TO CERITIFICATION OF DEFAULT FILED BY M & T BANK

Debtor, by his attorney, Erik B. Jensen, Esq. by way of answer to Movant's certification, respectfully represents the following:

1. Denied. Debtor has funds to cure arrears.

WHEREFORE, Debtor pray that the Movant's request for relief be denied.

                                      /s/ Erik B. Jensen
                                      Erik B. Jensen, Esquire.
July 27, 2017                 Attorney for Debtor