# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 15-14772-MDC

SEAN BRESLIN

8426 JACKSON STREET

PHILADELPHIA, PA 19136-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SEAN BRESLIN

8426 JACKSON STREET

PHILADELPHIA, PA 19136-

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

Date: 8/29/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee