## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISCTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | CHAPTER 13 |
| Sean Breslin | : | BANKRUPTCY NO.: 15-14772-mdc |
| | : | |
| | : | |
| Debtor | : | |
| | : | |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF COURT:

    Kindly withdraw docket number 75, Debtor's objection to Certification of Default.

                               JENSEN BAGNATO, P.C.

                               BY: /s/Erik B. Jensen
                               Jensen Bagnato, P.C.
                               1500 Walnut Street, Suite 1920
                               Philadelphia, PA 19102
                               Telephone: 215-546-4700

Date: September 11, 2017          Attorney for the Debtor