STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Sean Breslin<br>   Debtor<br>M&T Bank<br>   Creditor/Movant<br>vs<br>Sean Breslin<br>   Respondent | Chapter 13<br><br>Bankruptcy Case: 15-14772-MDC<br><br>Judge: Magdeline D. Coleman |

## ORDER

AND NOW, this _14th_ day of _September_, 20_17_ upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of M&T Bank and any successor in interest and Debtor, Sean Breslin, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

  The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow M&T Bank and any successor in interest, to proceed with its under state and federal law concerning the Property (the "Property"): ***8426 Jackson Street, Philadelphia, PA 19136***.

  It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_Magdeline D. C_____
UNITED STATES BANKRUPTCY JUDGE