United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-14772-mdc
Sean Breslin                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1          Date Rcvd: Sep 19, 2017
                              Form ID: pdf900           Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db           +Sean Breslin,   8426 Jackson Street,   Philadelphia, PA 19136-2428
cr           +M&T BANK,   Stern & Eisenberg,   1581 Main Street,   Suite 200,   Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Sep 20 2017 01:45:32      City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2017 01:44:57
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 20 2017 01:45:28      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                      TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
         ANDREW F GORNALL   on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         ERIK B. JENSEN   on behalf of Debtor Sean  Breslin john@erikjensenlaw.com,
          regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
         JOSHUA ISAAC GOLDMAN   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         THOMAS I. PULEO   on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
         WILLIAM EDWARD MILLER   on behalf of Creditor   M&T BANK wmiller@sterneisenberg.com,
          bkecf@sterneisenberg.com
                                                                              TOTAL: 7

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Sean Breslin
                    Debtor
M&T Bank
                    Creditor/Movant
vs
Sean Breslin
                    Respondent

Chapter 13

Bankruptcy Case:  15-14772-MDC

Judge: Magdeline D. Coleman

## O R D E R

AND NOW, this _14th_ day of _September_, 20_17_ upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of M&T Bank and any successor in interest and Debtor, Sean Breslin, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow M&T Bank and any successor in interest, to proceed with its under state and federal law concerning the Property (the "Property"): *8426 Jackson Street, Philadelphia, PA 19136.*

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_Magdeline D. C_____

UNITED STATES BANKRUPTCY JUDGE