United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sean Breslin  
    Debtor

Case No. 15-14772-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 2     Date Rcvd: Oct 20, 2017  
                       Form ID: pdf900    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.

```
db           #+Sean Breslin,    8426 Jackson Street,    Philadelphia, PA 19136-2428
cr            +M&T BANK,    Stern & Eisenberg,    1581 Main Street,    Suite 200,    Warrington, PA 18976-3400
13645634       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
               Los Angeles, CA  90051-5478
13557995       Aria Health,    PO BOX 8500-6395,    Philadelphia, PA 19178-6395
13557996     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:  Citibank Sd, Na,    Attn: Centralized Bankruptcy,    PO Box 20363,
              Kansas City, MO 64195)
13557997      +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
13557998      +Friends Hospital,    4641 Roosevelt Blvd,    Philadelphia, PA 19124-2398
13839974      +M&T Bank,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
               Phila., PA 19106-1541
13639923      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13558000       Philadelphia Co Drs,    Domestic Relations Section,    Philadelphia, PA 19107
13565655      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
13558001      +Pnc Bank,    PO Box 5570,    Cleveland, OH 44101-0570
13558003      +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd MS: RJW-135,
               Warwick, RI 02886-1321
13558005      +Verizon,    500 Technology Dr,    Ste 550,    Weldon Spring, MO 63304-2225
13558004      +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13817950      +William E. Miller Esquire,    Stern & Eisenberg PC,    1581 Main Street Ste 200,
               The Shops at Valley Square,    Warrington Pa 18976-3400
13586976       eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
               New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: bankruptcy@phila.gov Oct 21 2017 01:41:58      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 21 2017 01:41:03
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 21 2017 01:41:30      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13557994      +E-mail/Text: EBNProcessing@afni.com Oct 21 2017 01:41:19      Afni, Inc.,    Po Box 3097,
               Bloomington, IL 61702-3097
13604975       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 21 2017 01:44:38
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
13652311       E-mail/Text: bankruptcy@phila.gov Oct 21 2017 01:41:58      City of Philadelphia,
               Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13598176      +E-mail/Text: bankruptcy@cavps.com Oct 21 2017 01:41:25      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13557999       E-mail/Text: camanagement@mtb.com Oct 21 2017 01:40:32      M & T Bank,    Attn: Bankruptcy,
               1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13569920       E-mail/Text: camanagement@mtb.com Oct 21 2017 01:40:32      M&T BANK,    PO BOX 1288,
               Buffalo, NY 14240
13558002       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 21 2017 01:44:25
               Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA 23541
13617799       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 21 2017 01:44:13
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 11
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0313-2           User: Randi              Page 2 of 2                Date Rcvd: Oct 20, 2017
                               Form ID: pdf900          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Debtor Sean  Breslin akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor   M&T BANK wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SEAN BRESLIN                                    Chapter 13

                 Debtor           Bankruptcy No. 15-14772-MDC

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW**, this __19th__ day of __October__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

Debtor:
SEAN BRESLIN

8426 JACKSON STREET

PHILADELPHIA, PA 19136-